**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL C. ROGERS, | ) NO. CV 20-8809-CJC(E) |
| Plaintiff, | ) |
| v. | ) ORDER OF DISMISSAL |
| STATE OF CALIFORNIA, ET AL., | ) |
| Defendants. | ) |

The Court previously received from Plaintiff a Complaint without an <u>in forma pauperis</u> request and without the payment of a filing fee. The Court previously filed an Order requiring that Plaintiff correct this deficiency, stating that, if Plaintiff failed to do so within thirty days, "this case shall be DISMISSED." More than thirty days have passed, and the deficiency has not been corrected. Accordingly, this case is dismissed without prejudice.

DATED: August 25, 2023.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE